UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH ANGIUONI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF BILLERICA, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 11-11661-NMG |

## REPORT AND RECOMMENDATION ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT
[Docket No. 12]

July 16, 2012

Boal, M.J.

Plaintiff Joseph Angiuoni ("Angiuoni") alleges that the Defendants Town of Billerica and Police Chief Daniel Rosa terminated his employment as a police officer due to his prior military service in violation of the Uniformed Services Employment and Reemployment Rights Act, 38 U.S.C. §§ 4301, et seq. ("USERRA"). He also alleges that, since his termination, defendant Daniel Rosa has sabotaged his efforts to obtain a police officer position in another municipality. Defendants have moved to dismiss the First Amended Complaint. For the following reasons, this Court recommends that the District Judge assigned to this case DENY Defendants' motion to dismiss.

I. PROCEDURAL BACKGROUND

On September 20, 2011, Angiuoni filed his Complaint against the defendant Town of Billerica (the "Town"). (Docket No. 1). The Town filed a motion to dismiss the Complaint on

-1-

*Report and Recommendation accepted and adopted. /s/ NMGorton, USDJ 9/27/12*