UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH ANGIUONI, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 11-11661-NMG |
| TOWN OF BILLERICA, et al., | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION ON MOTION FOR LEAVE TO FILE ANSWER LATE
[Docket No. 41]

September 20, 2013

Boal, M.J.

Defendants Town of Billerica and Daniel Rosa (collectively, the "Defendants") have moved for leave to file their answer to the complaint nearly one year after the District Court denied their motion to dismiss. Docket No. 41.[1] Defense counsel states that he "inadvertently forgot" to file the answer after the District Court ruled on the motion to dismiss. See Docket No. 41-1. Plaintiffs do not oppose the late filing of Defendants' answer but request that the District Court strike the Defendants' proposed affirmative defenses. Docket No. 44. The Court finds that the Plaintiff's request to strike the Defendants' affirmative defenses is unwarranted under the circumstances. The Plaintiff has not cited any authority for his request and does not claim any substantial prejudice from Defendants' late answer. In addition, the Defendants have shown

---

[1] The District Court referred the motion to the undersigned on September 11, 2013. Docket No. 42.

*Report and Recommendation accepted and adopted. /s/ NM Gorton, USDJ 11/19/13*